**Lillian Rennie, Plaintiff-Appellee, v. Leo F. Jacoel, Defendant-Appellant.**

Gen. No. 50,660.

First District, Second Division.

April 26, 1966.

Thomas William Burke, of Chicago, for appellant; Fred Lambruschi and Harold Bell, of Chicago (Fred Lambruschi, Herbert P. Veldenz and Vera Cuthbert, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.